Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−13610−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jennifer Embaby
43 BRIARCLIFF ROAD
Marlton, NJ 08053

Social Security No.:
xxx−xx−5303

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/10/26
Time:                09:00 AM
Location:              Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 2, 2026
JAN: eag

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-13610-ABA

Jennifer Embaby                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                  User: admin                                              Page 1 of 2

Date Rcvd: Apr 02, 2026                        Form ID: 132                                      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Embaby, 43 BRIARCLIFF ROAD, Marlton, NJ 08053-2905 |
| 521057791 | + | KML LAW GROUP, 216 HADDON AVENUE, SUITE 406, Collingswood, NJ 08108-2812 |
| 521057794 | + | New Jersey Department of Revenue, P.O. Box 628, Trenton, NJ 08646-0628 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 02 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 02 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521057782 | + | Email/Text: bk@avant.com | Apr 02 2026 20:54:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 521057787 | | Email/Text: cfcbackoffice@contfinco.com | Apr 02 2026 20:53:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 521057783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2026 20:56:16 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521057784 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 02 2026 20:53:00 | Comenity Bank/Kingsize, Attn: Bamkruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 521057785 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 02 2026 20:53:00 | Comenity Bank/Overstock CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 521057786 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 02 2026 20:53:00 | Comenity Capital/famous, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 521057788 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2026 20:56:17 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521057789 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Apr 02 2026 20:52:00 | FEIN, SUCH, KAHN, & SHEPARD, P.C., 7 CENTURY DRIVE, SUITE 201, Parsippany, NJ 07054-4609 |
| 521057790 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 02 2026 20:53:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 521057792 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2026 20:56:27 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521057793 | | Email/Text: ml-ebn@missionlane.com | Apr 02 2026 20:52:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 521057795 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 02 2026 20:54:00 | SELECT PORTFOLIO SERVICING, 3815 SOUTH WEST TEMPLE STREET, Salt Lake City, UT 84115 |

| 521057796 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2026 20:56:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521057797 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2026 20:56:32 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 521057798 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 02 2026 20:53:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 521057799 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 02 2026 20:53:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                     Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Mitchell L Chambers, Jr. | on behalf of Debtor Jennifer Embaby ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3