Form order − ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−13610−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jennifer Embaby
    43 Briarcliff Road
    Marlton, NJ 08053

Social Security No.:
    xxx−xx−5303

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on May 27, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17 − 13
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 13). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/27/2026. (har)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 27, 2026
JAN: har

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-13610-ABA

Jennifer Embaby                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                   Page 1 of 2

Date Rcvd: May 27, 2026                  Form ID: orderntc                            Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

^                    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | May 27 2026 21:00:58 | KML, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| lm | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2026 21:06:00 | Select Portfolio, 10401 Deerwood Park Blvd., Jacksonville, FL 32256-0505 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

**Name                              Email Address**

Andrew B Finberg
                                    courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Matthew K. Fissel
                                    on behalf of Creditor LEGACY MORTGAGE ASSET TRUST 2021-GS3 bkgroup@kmllawgroup.com
                                    matthew.fissel@brockandscott.com

Mitchell L Chambers, Jr.
                                    on behalf of Debtor Jennifer Embaby ecfbc@comcast.net

District/off: 0312-1                                      User: admin                                         Page 2 of 2
Date Rcvd: May 27, 2026                           Form ID: orderntc                              Total Noticed: 2

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4