**FEIN, SUCH, KAHN & SHEPARD, P.C.**
**6 Campus Drive, Suite 304**
**Parsippany, NJ 07054**
**973-538-4700 FAX: 973-644-3287**

July 8, 2026

Burlington County Special Civil Part
49 Rancocas Road
Mount Holly, NJ  08060

Re:  LVNV Funding LLC
vs:  Jennifer Embaby
Our File No.:  RS260102
Docket No.:  DC-003181-26
Case: #26-13610

Dear Sir or Madam:

Please be advised that Plaintiff hereby withdraws the above-referenced proof of claim. If you have any questions or concerns, please do not hesitate to reach out to Genesis at Ext: 1493. Thank you!

Very truly yours,

FEIN, SUCH, KAHN & SHEPARD, P.C.

By: S/Philip A. Kahn