UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Jennifer Embaby

Case No.: _____26-13610_____

Chapter: _____13_____

Judge: _____ABA_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Mitchell Lee Chambers, Jr, Esq._____

This will confirm that on _____July 06, 2026_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _D_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒       Declaration About an Individual Debtor's Schedules (106 Declaration)

☒       An updated Summary of Your Assets and Liabilities and Certain Statistical Information

(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐       Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐       An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)

[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: July 08, 2026 _____          Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 26-13610-ABA

Jennifer Embaby                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 1

Date Rcvd: Jul 08, 2026                       Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db | + Jennifer Embaby, 43 Briarcliff Road, Marlton, NJ 08053-2905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor LEGACY MORTGAGE ASSET TRUST 2021-GS3 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Jennifer Embaby ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4