**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:                                                :          Chapter 13
                    Jennifer Embaby              :
                                Debtor(s)      :          Bankruptcy No.  26-13610

**<u>DEBTOR'S RESPONSE TO TRUSTEE'S FINAL ADJOURNMENT ORDER</u>**

**Counsel for the Debtor acknowledges the Debtor's case was not ready for Confirmation on July 8, 2026.   Counsel believes all of the things outlined in the Trustee's Application for Final Adjournment Order have been resolved.     In response to the trustee's Certification Debtor avers as follows:**

1)  Debtor's proposed Chapter 13 Plan is a 100 percent plan.
2)  The only thing that has not been provided to the Chapter 13 Trustee is the date the 401k loan expires.   This requirement is not necessary as there is no prejudice to unsecured creditors as the Debtor is paying all of her unsecured debt in full through the Chapter 13 Plan; consequently, this requirement should be waived.
3)  The bar date for creditors to file a claim expired on June 10, 2026.
4)  Schedule D was amended and Debtor's Plan was amended and served on the secured Creditor on July 6, 2026.
5)  Debtor also submitted the full 2025 Return to the Chapter 13 Trustee on July 6, 2026.   This requirement is not necessary as there is no prejudice to unsecured creditors as the Debtor is paying all of her unsecured debt in full through the Chapter 13 Plan; consequently, this requirement should be waived.
6)  Debtor uploaded all of her Bank Statements to the Chapter 13 Trustee on July 9, 2026.   This requirement is not necessary as there is no prejudice to unsecured creditors as the Debtor is paying all of her unsecured debt in full through the Chapter 13 Plan; consequently, this requirement should be waived.
7)  The Trustee is demanding that the Debtor rectify the issue with the State concerning her 2021 State Return.   This is not a requirement and should not hold up confirmation.   The tax return in question is over four (4) years old and not subject to the provision under 11 USC 1308.   Nonetheless, it was in the Debtor's best interest to rectify the issue as the claim went from $7,388.15 down to zero (0) in a 100 percent plan.   The State of New Jersey amended its claim on July 7, 2026 to zero (0).  This issue was rectified as of July 7, 2026 and should not have been part of the Final Judgment Order that was submitted to the Court.
8)  Debtor is current on her payments to the Chapter 13 Trustee.
9)  Debtor believes her case should be confirmed at the next Confirmation Hearing.

WHEREFORE, if the parties are not able to agree that this case should be confirmed on August 26, 2026 then Counsel for the Debtor requests this matter be held for the Judge on August 26, 2026 as Debtor believes her Chapter 13 Plan is in complete compliance with 11 USC 1325 and the case should be confirmed.

July 10, 2026

/s/ Mitchell Lee Chambers, Esquire
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012

**LAW OFFICES OF MITCHELL LEE CHAMBERS**
**NJ BAR NUMBER:** *015512004*
**602 LITTLE GLOUCESTER ROAD**
**SUITE 5**
**BLACKWOOD, NJ 08012**
**PHONE:  856-302-1778**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jennifer Embaby | : | |
| Debtor(s) | : | Bankruptcy No.  26-13610 |

## <u>CERTIFICATE OF SERVICE</u>

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, does hereby certify that, on the date hereof, I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Response upon the Trustee, the Respondent, and other interested parties, at the following fax numbers or addresses:

<u>VIA ECF AND EMAIL</u>

Andrew B. Finberg, Trustee

535 Route 38

Ste 580

Cherry Hill, NJ 08002

<u>VIA EMAIL</u>

Jennifer Embaby
43 Briarcliff Road
Marlton, NJ  08053

July 10, 2026                                   /s/ Mitchell Lee Chambers, Esquire
                                                602 Little Gloucester Road
                                                Suite 5
                                                Blackwood, NJ 08012