***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| In Re:<br>JENNIFER EMBABY<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 26-13610-ABA<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

1. The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

2. The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

3. Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: August 12, 2026

Respectfully submitted,

***/s/ ANDREW B. FINBERG***
ANDREW B. FINBERG
Chapter 13 Standing Trustee

ABF: KES
via first class mail:
JENNIFER EMBABY

**BUSINESS EXAMANINATION**

I, Jennifer Embaby being duly sworn, upon my oath state:

1. I have an ownership interest in the business known as ______
   OR am a 1099 independent employee with Instacart (Maplebear)
   OR am a landlord for ______.
2. The nature of my business is grocery shopping & delivery.
3. I operate this business as a Independent Contractor (Sole Proprietorship, LLP, Partnership, Corp, Franchise, Etc.)
4. I operate the business at Various locations - based on order.
5. I (own or lease) N/A this property (If leased, provide a copy of the signed lease agreement). No property
6. I started this business in (10/20/21)
7. As of the date of this certification, the business is currently active.
   (active OR inactive & I intend to close this business within ____ days OR was closed on (MM/YYYY.)
8. I have an ownership interest in this business of 100 %.
9. I (do not) have employees and/or use independent contractors.
10. I have business insurance coverage with no separate insurance
    under policy number ______ with the dates of coverage of (MM/DD/YY) to (MM/DD/YY).
11. I registered my business with the State of _____ on (MM/YYYY) and assigned EIN # N/A.
12. I have bank accounts in the following financial institutions which are utilized for my business:

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| no business | | |
| accounts | | |

13. I (have not) filed business tax returns with the Internal Revenue Services for all the prior tax years, for which I/the business was required to file a return. only Schedule C on personal taxes - no separate business return
14. I (have) filed all applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I/the business was required to file a return.
15. I (have not) pledged any business receivables, rents, profits, or other cash collateral for any loans.
16. As of the date of this certification, the value of my business assets, including tools, equipment, inventory and accounts total $ 0.
17. As of the date of this certification, I have business obligations which total $ 0.

I / We declare under penalty of perjury that the foregoing statements, information and attached documentation in this certification are true and accurate to the best of my / our knowledge and belief. If this information is willfully or intentionally false, I / we understand that I am / we are subject to punishment.

Date: 4-15-26 Debtor's Signature: Jennifer Embaby

Date: ______ Co-Debtor's OR NFS's Signature: ______