Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 26−13610−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jennifer Embaby
43 Briarcliff Road
Marlton, NJ 08053

Social Security No.:
xxx−xx−5303

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 12, 2026.

Dated: August 13, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Jennifer Embaby, Debtor

Case No. 26-13610-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3

Date Rcvd: Aug 13, 2026 Form ID: plncf13 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Embaby, 43 Briarcliff Road, Marlton, NJ 08053-2905 |
| 521057791 | + | KML LAW GROUP, 216 HADDON AVENUE, SUITE 406, Collingswood, NJ 08108-2812 |
| 521072062 | + | LVNV FUNDING LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 521057794 | + | New Jersey Department of Revenue, P.O. Box 628, Trenton, NJ 08646-0628 |
| 521277753 | + | Victor and Rose Palladino, 60 Chews Landing Road, Haddonfield, NJ 08033-3711 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Aug 13 2026 21:36:22 | KML, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2026 21:47:00 | Select Portfolio, 10401 Deerwood Park Blvd., Jacksonville, FL 32256-0505 |
| 521057782 | + | Email/Text: bk@avant.com | Aug 13 2026 21:47:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 521057787 | | Email/Text: cfcbackoffice@contfinco.com | Aug 13 2026 21:46:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 521057783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 21:49:48 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521057784 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2026 21:46:00 | Comenity Bank/Kingsize, Attn: Bamkruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 521057785 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2026 21:46:00 | Comenity Bank/Overstock CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 521057786 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2026 21:46:00 | Comenity Capital/famous, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 521057788 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 13 2026 21:49:22 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521057789 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Aug 13 2026 21:45:00 | FEIN, SUCH, KAHN, & SHEPARD, P.C., 7 CENTURY DRIVE, SUITE 201, Parsippany, NJ 07054-4609 |
| 521057790 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2026 21:46:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |

| | | | | |
|---|---|---|---|---|
| 521207240 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 13 2026 21:47:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 521057792 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 21:49:38 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521064600 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 21:49:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521057793 | | Email/Text: ml-ebn@missionlane.com | Aug 13 2026 21:36:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 521241557 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2026 21:49:36 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521226921 | ^ | MEBN | Aug 13 2026 21:35:56 | Revco Solutions Inc., PO Box 58, Fort Morgan CO 80701-0058 |
| 521057795 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2026 21:47:00 | SELECT PORTFOLIO SERVICING, 3815 SOUTH WEST TEMPLE STREET, Salt Lake City, UT 84115 |
| 521090841 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 13 2026 21:36:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 521245450 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2026 21:47:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 521242598 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2026 21:49:24 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521057796 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 21:49:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521057797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 21:49:20 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 521057798 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 13 2026 21:46:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 521057799 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 13 2026 21:46:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521079569 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 13 2026 21:47:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor LEGACY MORTGAGE ASSET TRUST 2021-GS3 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Jennifer Embaby ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5